No. 15,314.

PORTH *v.* WOODRUFF.
(137 P. [2d] 1023)

Decided May 17, 1943.

Judgment affirmed en banc on application for supersedeas without written opinion.

Mr. WALLACE S. PORTH, pro se.

Mr. JOHN T. DUGAN, for defendant in error.